UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOES 1–50,<br><br>Defendants. | No. 2:21-cv-627-RAJ<br><br>AMENDED ORDER GRANTING PLAINTIFF AMAZON.COM, INC.'S MOTION FOR EXPEDITED DISCOVERY RELATING TO DEFENDANTS' IDENTITY |

This matter comes before the Court on Plaintiff Amazon.com, Inc.'s ("Amazon") Motion for Expedited Discovery Relating to Defendants' Identity. Having reviewed the complaint and the papers filed in connection with this matter, the Court finds good cause to grant Amazon leave to conduct expedited discovery as follows:

Amazon is granted leave, prior to the Rule 26(f) conference, to serve Rule 45 subpoenas on the following companies solely for the purpose of obtaining account information that may help identify Defendants:

    a)    <u>AD1 Media Group, LLC</u> (a company connected to the "ts5603" parameter used in Defendants' redirect URLs);

    b)    <u>Alibaba Cloud US LLC</u> (a company associated with Alibaba.com, LLC, which hosts Defendants domains as alleged in Amazon's Complaint);

AMENDED ORDER GRANTING AMAZON'S MOTION
FOR EXPEDITED DISCOVERY — 1
(2:21-cv-627- RAJ)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206.622.3150 main · 206.757.7700 fax

c)   AT&T Mobility LLC (a company that administered phone numbers Defendants used to send text messages as alleged in Amazon's Complaint);

d)   Bemob, Inc. (a company that provided traffic-tracking services to Defendants as alleged in Amazon's Complaint);

e)   Cloudflare, Inc. (a company whose services were used by Defendants as alleged in Amazon's Complaint);

f)   Codewise LLC (a company associated with the traffic-tracking platform Voluum, which provided services to Defendants as alleged in Amazon's Complaint);

g)   DreamHost, LLC (a company through which Defendants registered domains as alleged in Amazon's Complaint);

h)   Flex Marketing Group, LLC (a company connected to the "ts5603" parameter used in Defendants' redirect URLs);

i)   GoDaddy.com, LLC (a company through which Defendants registered domains as alleged in Amazon's Complaint);

j)   Google LLC (a company through which Defendants registered and hosted domains as alleged in Amazon's Complaint);

k)   Leaseweb USA, Inc. (a company through which Defendants hosted domains as alleged in Amazon's Complaint);

l)   Namecheap, Inc. (a company through which Defendants registered and hosted domains as alleged in Amazon's Complaint);

m)   ThriveTracker.com, LLC (a company that provided traffic-tracking services to Defendants as alleged in Amazon's Complaint).

Amazon is also granted leave, prior to the Rule 26(f) conference, to serve additional Rule 45 subpoenas on the above listed companies and other companies or individuals (e.g., banks, credit card companies, internet service providers, etc.) that may be discovered from the

AMENDED ORDER GRANTING AMAZON'S MOTION
FOR EXPEDITED DISCOVERY — 2
(2:21-cv-627)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206.622.3150 main · 206.757.7700 fax

information possessed by the companies identified in the previous paragraph, and which could reasonably lead to the discovery or confirmation of Defendants' identities.

DATED this 6th day of July, 2021.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

AMENDED ORDER GRANTING AMAZON'S MOTION
FOR EXPEDITED DISCOVERY — 3
(2:21-cv-627)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206.622.3150 main · 206.757.7700 fax