The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOES 1–50,<br><br>Defendants. | No. 2:21-cv-00627-RAJ<br><br>**PLAINTIFF AMAZON.COM, INC.'S STATUS REPORT** |

Amazon filed this lawsuit alleging claims against the perpetrators behind an unlawful advertising scheme that used Amazon's brand to deceive victims into interacting with Defendants' online advertisements. Among other actions, Amazon alleged that Defendants sent victims unauthorized text messages that used Amazon's trademarks and made misleading statements that deceived victims into believing the messages originated with Amazon. These text messages eventually directed victims to websites that continued to use Amazon's brand without authorization to entice victims to participate in fake "surveys" that, by design, did not collect responses. Instead, the "surveys" furthered Defendants' scheme to generate and monetize its victims' traffic. Defendants' scheme had no affiliation with Amazon, and they had no right to use Amazon's brand.

As explained in Amazon's Complaint and expedited discovery motion, the Defendants went to great lengths to obfuscate their true identities. Amazon has expended substantial

PLAINTIFF AMAZON.COM, INC.'S STATUS REPORT - 1
(2:21-CV-00627-RAJ)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

resources to pierce this obfuscation and uncover Defendants' identities. Through expedited discovery in this lawsuit, Amazon has served eighteen subpoenas on domain hosts, domain registrars, telecommunications carriers, financial services providers, traffic tracking platforms, and affiliate networks. Based on the documents produced in discovery and Amazon's follow-up investigations, Amazon has identified a number of different parties who are connected to the advertising scheme in this case, many of whom are located outside the United States. Amazon is currently engaging with these parties to gather additional evidence that will allow Amazon to assess their knowledge and roles in the operations at issue in this lawsuit. Amazon is working diligently on this matter, and it anticipates adding named defendants to this case or dismissing it within the next sixty (60) days.

DATED this 7th day of January, 2022.

DAVIS WRIGHT TREMAINE LLP

By s/ Bonnie E. MacNaughton
Bonnie E. MacNaughton, WSBA #36110
Sara A. Fairchild, WSBA #54419
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Phone: (206) 622-3150
Fax: (206) 757-7700
Email: bonniemacnaughton@dwt.com
sarafairchild@dwt.com

Jake Freed (*admitted pro hac vice*)
505 Montgomery Street, Suite 800
San Francisco, CA 94111
Phone: (415) 276-6532
Fax: (415) 276-6599
Email: jakefreed@dwt.com

Meagan A. Himes (*admitted pro hac vice*)
1300 SW Fifth Avenue, Suite 2400
Portland, OR 97201
Phone: (503) 778-5373
Fax: (503) 778-5299
Email: meaganhimes@dwt.com

*Attorneys for Plaintiff Amazon.com, Inc.*

PLAINTIFF AMAZON.COM, INC.'S STATUS REPORT - 2
(2:21-CV-00627-RAJ)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax