The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOES 1–50,<br><br>Defendants. | No. 2:21-cv-00627-RAJ<br><br>**PLAINTIFF AMAZON.COM, INC.'S AMENDED STATUS REPORT** |

Amazon filed this lawsuit against the perpetrators responsible for a deceptive scheme that made unauthorized use of Amazon's trademarks and brand to entice consumers into engaging with fraudulent advertisements. Defendants sent text messages designed to appear as though they originated from Amazon, and those messages generally promised rewards or gifts should the recipients click the links within. Clicking those links, however, redirected recipients through additional webpages operated by Defendants that similarly abused Amazon's trademarks and brand. The webpages, like the text messages, were deceptive and served only to generate profits for Defendants, who have no affiliation with Amazon.

This is Amazon's second Status Report. As described in Amazon's first Report, Defendants took extensive measures to hide their true identities. Through the expedited discovery authorized by this Court, Amazon identified several parties connected to the unlawful conduct described in the Complaint. At the time of its prior Report, Amazon anticipated adding

PLAINTIFF AMAZON.COM, INC.'S AMENDED STATUS REPORT - 1
(2:21-CV-00627-RAJ)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1  named defendants or dismissing this case within sixty (60) days.  In lieu of adding named

2  defendants, Amazon has since reached a settlement in principle with two individuals and four

3  corporate entities responsible for sending text messages that made unlawful use of Amazon's

4  name and brand.  Those six parties have stopped generating any advertisements associated with

5  Amazon's brand and have promised not to exploit it moving forward.  The settlement is also

6  contingent upon their provision of information and documents that Amazon understands will

7  identify additional perpetrators responsible for the unlawful scheme.

8   Amazon continues to work diligently on this matter and anticipates adding named

9  defendants to this case or dismissing it within the next sixty (60) days.  Should Amazon reach

10 additional settlements with potential defendants in lieu of naming them, it will update the Court

11 in a future status report.

12  DATED this 7th day of March, 2022.

DAVIS WRIGHT TREMAINE LLP

By *s/ Meagan A. Himes*
 Bonnie E. MacNaughton, WSBA #36110
 Sara A. Fairchild, WSBA #54419
 920 Fifth Avenue, Suite 3300
 Seattle, WA 98104
 Phone:  (206) 622-3150
 Fax:  (206) 757-7700
 Email:  bonniemacnaughton@dwt.com
    sarafairchild@dwt.com

Jake Freed (*admitted pro hac vice*)
505 Montgomery Street, Suite 800
San Francisco, CA 94111
Phone:  (415) 276-6532
Fax:  (415) 276-6599
Email:  jakefreed@dwt.com

Meagan A. Himes (*admitted pro hac vice*)
1300 SW Fifth Avenue, Suite 2400
Portland, OR 97201
Phone:  (503) 778-5373
Fax: (503) 778-5299
Email:  meaganhimes@dwt.com

*Attorneys for Plaintiff Amazon.com, Inc.*

PLAINTIFF AMAZON.COM, INC.'S AMENDED STATUS REPORT - 2
(2:21-CV-00627-RAJ)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax