The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOES 1–50,<br><br>Defendants. | No. 2:21-cv-00627-RAJ<br><br>**PLAINTIFF AMAZON.COM, INC.'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Amazon.com, Inc. brought this case to protect both its brand and the public from a fraudulent online advertising scheme. The perpetrators behind the scheme used Amazon's trademarks and brand in text messages and on websites to generate traffic by deceiving victims into believing defendants' scheme originated with Amazon. As noted in Amazon's most recent status report (Dkt. No. 19), Amazon identified certain parties responsible for the scheme, in whole or in part, who have since ceased their unlawful conduct, obviating the need for Amazon to name those parties in this lawsuit. Accordingly, Amazon dismisses this matter without prejudice against John Does 1-50 pursuant to Rule 41(a)(1)(A)(i).

PLAINTIFF AMAZON.COM, INC.'S VOLUNTARY
DISMISSAL WITHOUT PREJUDICE - 1
(2:21-CV-00627-RAJ)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1 | DATED this 9th day of May, 2022.

2 | DAVIS WRIGHT TREMAINE LLP

4 | By s/ Meagan A. Himes
Bonnie E. MacNaughton, WSBA #36110
Sara A. Fairchild, WSBA #54419
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Phone: (206) 622-3150
Fax: (206) 757-7700
Email: bonniemacnaughton@dwt.com
sarafairchild@dwt.com

Jake Freed (*admitted pro hac vice*)
505 Montgomery Street, Suite 800
San Francisco, CA 94111
Phone: (415) 276-6532
Fax: (415) 276-6599
Email: jakefreed@dwt.com

Meagan A. Himes (*admitted pro hac vice*)
1300 SW Fifth Avenue, Suite 2400
Portland, OR 97201
Phone: (503) 778-5373
Fax: (503) 778-5299
Email: meaganhimes@dwt.com

*Attorneys for Plaintiff Amazon.com, Inc.*

PLAINTIFF AMAZON.COM, INC.'S VOLUNTARY
DISMISSAL WITHOUT PREJUDICE - 2
(2:21-CV-00627-RAJ)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax